LOUIS J. KAYS, ADMINISTRATRIX OF THE ESTATE OF FRED LOGES, DECEASED, PLAINTIFF-RESPONDENT, v. TOWN OF NEWTON, DEFENDANT-APPELLANT.

Argued May 1, 1950—Decided May 8, 1950.

*Mr. Roland Vreeland* argued the cause for the appellant (*Mr. Gerald T. Foley,* attorney).

*Mr. Willis H. Sherred* argued the cause for the respondent (*Mr. Lewis Van Blarcom,* attorney).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Colie in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, OLIPHANT, WACHENFELD and BURLING—5.

*For reversal*—None.